

November 26, 2025

**<u>VIA ECF</u>**

**HON. LEWIS A. KAPLAN, U.S.D.J.**
United States District Court
Southern District of New York
*Daniel Patrick Moynihan Courthouse*
500 Pearl Street
New York, New York 10007

      **Re:**    *<u>Schottenstein v. Wakefern Food Corp.</u>*
              Case No. 1:25-cv-08635 (LAK) (HJR)

Dear Judge Kaplan,

We write on behalf of our client, Alexis Schottenstein ("Plaintiff"), on behalf of herself and all others similar situated regarding the above captioned matter. We write in response to this Court's order dated November 19, 2025 (at ECF No. 15) (the "Order") regarding judicial notice taken with respect to the placement of biometric collection signs on Fairway Markets stores by Wakefern Food Corp. ("Defendant").

The signage language quoted in Defendant's letter (at ECF No. 16) as well as in the Order accurately depicts the signage posted at the Fairway Markets stores referenced in Plaintiff's Complaint. To be clear, and as Plaintiff's state in their Opposition to Motion to Dismiss, while this signage comports with the disclosure provision of New York City's Biometrics Law (Section 22-1202(a)) and Plaintiff does not allege violations of that section, it does not cure the alleged violation of the "collection, retention, conversion, storage, or sharing of biometric information for profit" provision (Section 22-1202(b)). *See,* ECF No. 12, at fn. 6.

Additionally, in Defendant's letter, Defendant states "should discovery proceed in this case, it will show that Wakefern does not own the Fairway [Markets] stores referred to in Plaintiff's Complaint." Plaintiff's position is that this case should proceed to discovery given that, in addition to Plaintiff's Complaint having legal merit, that there are numerous fact-based contentions which remain in dispute.

We thank the Court and the parties for their attention to this matter as well as their time. Have a wonderful Thanksgiving.

Respectfully Submitted,

By: /s/ *Blake Hunter Yagman*
Blake Hunter Yagman
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES LLP**
1330 Ave. of the Americas, Suite 23A
New York, New York 10019
Tel.: (929) 709-1493
*byagman@sshhzlaw.com*

cc: All Counsel of Record

2